UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| NEIGHBORS CREDIT UNION, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) No. 4:21 CV 1477 RWS |
| INTEGON NATIONAL INSURANCE COMPANY, | ) ) ) ) |
| Defendant. | ) ) |

## JUDGMENT

In accordance with the Memorandum and Order entered this same date,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Defendant Integon National Insurance Company shall have summary judgment in this case, and Plaintiff Neighbors Credit Union's amended complaint is **DISMISSED** with prejudice.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 3rd day of November 2022.